

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2017

No. 04-17-00630-CV

**IN RE SHUMWAY VAN**, LLC
f/k/a Shumway Van & Hansen, Chtd.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Karen Angelini, Justice
           Luz Elena D. Chapa, Justice
           Irene Rios, Justice

On October 30, 2017, Relator filed a "Request for Clarification." The panel has considered the request and it is DENIED.

It is so **ORDERED** on November 6, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-05935, styled *Shumway Van & Hansen Chtd. v. The PilePro Group, et al*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.